IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, SIMONE KHALILI,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SIMONE KHALILI, <br><br> Plaintiff, <br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: CV17-02954-JLS (AS) <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND DOLLARS **($6,000.00)** for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of ZERO (0.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: May 31, 2018          / s /

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE